UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALISON J. NOHARA, individually and
representative of a Class of Participants and
Beneficiaries, on Behalf of the Prevea Clinic, Inc.
401(k) and Retirement Plan,

        Plaintiff,

                                                                                 Case No. 2:20-cv-1079

    v.

PREVEA CLINIC, INC., THE BOARD
OF DIRECTORS OF PREVEA CLINC,
INC., and JOHN DOES 1-30,

        Defendants.

## ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

        Defendants Prevea Clinic, Inc. and the Board of Directors of Prevea Clinic, Inc. (collectively "Defendants"), and Plaintiff Alison J. Nohara ("Plaintiff" and collectively with Defendants, the "Parties"), have stipulated and agreed to extend Defendants' deadline to answer or respond to Plaintiff's Complaint from September 15, 2020 to October 2, 2020.

        Having considered the Parties' Stipulation, and for good cause shown, the Court **GRANTS** the requested extension of time. Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before October 2, 2020.

        **SO ORDERED** at Green Bay, Wisconsin this 21st day of August, 2020.

                                                                               s/ William C. Griesbach
                                                                               William C. Griesbach
                                                                               United States District Judge