# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

Alison J. Nohara et al., )
)
               Plaintiffs, )
)    Case No. 1:20-cv-1079
           v. )
)
Prevea Clinic, Inc., *et al.*, )
)
             Defendants. )

## JOINT MOTION TO STAY CASE PENDING MEDIATION

Alison J. Nohara and Patti J. Szydel ("Plaintiffs") and Prevea Clinic, Inc., and the Board of Directors of Prevea Clinic, Inc., ("Prevea" or "Defendants" and, with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby request that the Court stay all further proceedings so that the parties can focus their efforts on mediation, currently scheduled for December 3, 2024. In further support, the Parties state as follows:

1. On July 16, 2020, Plaintiffs filed their original complaint against Prevea (Dkt. 1).

2. On October 16, 2020, Plaintiffs filed an Amended Complaint against Prevea. (Dkt. 21).

3. On November 20, 2020, Prevea filed a Motion to Dismiss Plaintiffs' Amended Complaint. (Dkts. 28-29). Plaintiffs filed their Opposition on December 11, 2020, and Prevea filed a Reply Brief on January 6, 2021. (Dkts. 30-31, 34).

4. On September 30, 2021, the Court stayed the case pending the Supreme Court's decision in *Hughes v. Northwestern University*, No. 19-1401 (S. Ct.), and lifted the stay on January 24, 2022, requesting supplemental briefing from both parties regarding the impact of *Hughes* on the parties' positions. (Dkts. 43, 45).

5. On May 12, 2022, the Court issued its Decision allowing the filing of a Second Amended Complaint (Dkts. 53-54).

6. Defendants filed a motion to dismiss the Second Amended Complaint on June 16, 2022, and the parties fully briefed that motion by July 21, 2022 (Dkts. 57-61).

7. On September 27, 2022, the Court referred Defendants' motion for reconsideration (Dkts. 67-71), to Magistrate Dreis.

8. On October 27, 2022, Magistrate Dries issued a report and recommendation (Dkt. 73), which the Court adopted (Dkt. 75), and led Plaintiffs to file a Third Amended Complaint on December 14, 2022 (Dkt. 76).

9. On January 13, 2023, Defendants filed a motion to dismiss the Third Amended Complaint (Dkts. 79-80), and the parties fully briefed that motion with multiple notices of supplemental authority by March 27, 2023 (Dkts. 82-88). The Court referred the case to Magistrate Dries, who permitted the parties to file supplemental briefs on *Hughes v. Northwestern Univ.*, 63 F.4th 615 (7th Cir. 2023), which the parties submitted on May 8, 2023. (Dkts. 89-92).

10. On July 21, 2023, Magistrate Dries issues a report and recommendation denying Defendants' motion to dismiss (Dkt. 96), and the Court adopted the Magistrate Report and Recommendation on January 22, 2024 (Dkt. 101).

11. On February 14, 2024, the Parties submitted a Rule 26(f) Joint Status Report stating they would alert the Court to any scheduled mediation, and, if held, report back on the outcome of that mediation. (Dkt. 106).

12. On February 20, 2024, Prevea filed its Answer, (Dkt. 109), to Plaintiffs' Third Amended Complaint.

2

13.     After initial discovery, the Parties have now agreed to participate in mediation with Robert A. Meyer, a JAMS mediator, on December 3, 2024, to try to resolve their dispute.

14.     To preserve the Parties' resources while they attempt to resolve this lawsuit, ensure that their time and attention are focused on settlement efforts and preparation for the mediation, in the interest of judicial economy, for good cause, and to avoid prejudice to the Parties, the Parties agree that this case should be stayed in its entirety pending mediation.

15.     The Parties agree to file a joint status report by December 10, 2024, informing the Court of the results of the mediation and proposed next steps.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter an Order:

1.  Staying the case in its entirety until December 10, 2024.

2.  That the Parties shall file a joint post-mediation report no later than December 10, 2024, informing the Court of the status of the case.

Dated:  August 6, 2024

| | |
|---|---|
| **MAYER BROWN LLP** | **WALCHESKE & LUZI, LLC** |
| Counsel for Defendants | Counsel for Plaintiff |
| | |
| *__/s/ Alex C. Lakatos__* | *__/s/ Paul M. Secunda__*__ |
| Alex C. Lakatos | Paul M. Secunda |
| 1999 K Street NW | 235 N. Executive Drive, Suite 240 |
| Washington, DC 20006 | Brookfield, Wisconsin 53005 |
| (202) 263-3000 | Telephone: (414) 828-2372 |
| alakatos@mayerbrown.com | psecunda@walcheskeluzi.com |